## DISCIPLINARY DOCKET

**95–2194.** In re Judicial Campaign Complaint against Carr. Judicial Commission Order, Gov. Jud.R. II(5)(E)(1).

Pursuant to the order of November 3, 1995, where it was stated that "[a] written opinion of the commission will follow," see 74 Ohio St.3d 1448, 656 N.E.2d 690, the attached written opinion, 74 Ohio Misc.2d at 81, 658 N.E.2d at 1158, is ordered announced.